**Electronically Filed
Supreme Court
SCWC-12-0000095
19-AUG-2013
10:59 AM**

SCWC-12-0000095

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

VIHN ALKIRE-CLEMEN,
Petitioner/Claimant-Appellant,

vs.

CASTLE MEDICAL CENTER,
Respondent/Employer-Appellee, Self-insured,

and

CRAWFORD AND COMPANY,
Respondent/Insurance Adjuster-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000095; CASE NO. AB 2003-121(S) (2-02-09980))

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Petitioner/Claimant-Appellant's Application for Writ of

Certiorari, filed on July 20, 2013, is hereby rejected.

DATED: Honolulu, Hawaiʻi, August 19, 2013.

Vihn Alkire-Clemen                    /s/ Mark E. Recktenwald
petitioner pro se
                                      /s/ Paula A. Nakayama

                                      /s/ Simeon R. Acoba, Jr.

                                      /s/ Sabrina S. McKenna

                                      /s/ Richard W. Pollack

